**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth R. Bennett,<br><br>                    Petitioner,<br>     vs.<br><br>Dora B. Schriro, et al.,<br><br>                    Respondents. | No. CV-06-3063-PHX-PGR (GEE)<br><br>ORDER |

Having reviewed Magistrate Judge Edmonds' Report and Recommendation *de novo* in light of the petitioner's Objections to the Report and Recommendation (doc. #15), the Court finds that the objections are meritless as a matter of law and that the Magistrate Judge correctly determined that the petitioner's § 2254 petition should be dismissed as time-barred.  The record establishes that the AEDPA's one-year limitations period expired early in February of 2003, that the petitioner did not file his § 2254 petition until December 21, 2006, and that no grounds exist on which to invoke any tolling of the limitations period.  Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #14) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition for Writ of Habeas

Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice as time-barred. The Clerk of the Court shall enter judgment accordingly.

DATED this 4th day of October, 2007.

Paul G. Rosenblatt
United States District Judge